**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.  **3:97cr92/RV
3:97cr103/RV**

**CHRISTOPHER SUMMERS**

___

## ORDER

The defendant has filed a notice of appeal of this court's order denying his motion pursuant to 28 U.S.C. § 1651(A) and request for certificate of appealability in each of the above-styled cases. (Doc. 48 & 47). It does not appear that a certificate of appealability is required under the circumstances of this case. See *Finkelstein v. Spitzer,* 455 F.3d 131, 132 (2nd Cir. 2006) (citing *United States v. Baptiste*, 223 F.3d 188, 189 n.1 (3rd Cir. 2000)); *United States v. Guerra*, 187 Fed. Appx. 414, 415 (5th Cir. 2006); cf. *Galatolo v. United States*, 196 Fed. Appx. 854 (11th Cir. 2006); *United States v. Sullivan*, 2005 WL 2090236 (11th Cir. 2005) (denying certificate of appealability where § 1651 motion was construed as impermissible second or successive § 2255 motion). Therefore, defendant's request is denied as unnecessary. See *Guerra*, 187 Fed.Appx. at 415.

The court finds that the appeals are not taken in good faith and he is not otherwise entitled to so proceed. Fed.R.App.P. 24(a)(3). Defendant's motions for leave to proceed *in forma pauperis* are denied and he shall pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 30th day of June, 2009.

/s/ *Roger Vinson*
**ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**